NEWHOPE LAW, PC
CLEMENT CHENG (CA Bar #198359)
4522 Katella Ave, Suite 200
Los Alamitos, CA 90720
(714) 825-0555

Attorney for Plaintiff
BIKE BUILDERS BIBLE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKE BUILDERS BIBLE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEWLMETAL, Inc., an Arizona Corporation and JOSEPH B. GSCHWENG, an individual<br><br>Defendants. | CASE NO:<br><br>COMPLAINT FOR:<br><br>1. DECLARATORY RELIEF FOR NONINFRINGEMENT OF UNITED STATES PATENT 7,438,306<br><br>DEMAND FOR JURY TRIAL |

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff Bike Builders Bible, Inc.("Bike Builders"), through counsel, hereby brings its Complaint for Declaratory Judgment against Kewlmetal, Inc. ("Kewlmetal") and Joseph B. Gschweng ("Gschweng"), and alleges as follows:

### INTRODUCTION

1. This is a declaratory judgment action seeking a declaration of non-infringement of United States Patent No. 7,438,306 ("hereinafter the '306 patent") entitled "Motorcycle Rake and Trail Adjuster" which relates to the modification of a motorcycle and covers bolt-on neck kits that incorporate a false neck. Vince Costa invented an noninfringing improvement to the '306 patent US Patent 9,079,631 entitled Motorcycle Fork Adapter. ("hereinafter the '631 patent"). Bike Builders under license then sold product made according to the '631 patent which did not infringe the '306 patent because a key limitation, the 'through bolt' was omitted.

2. Kewlmetal and Gschweng sued Bike Builders for patent infringement of the '306 patent in Arizona federal court on, June 3, 2015. Bike Builders filed a motion to dismiss for

lack of personal jurisdiction which was denied without prejudice. Before Bike Builders could file the amended motion to dismiss, Kewlmetal and Gschweng stopped prosecuting the case and Bike Builders filed a motion to dismiss the case. The Arizona Federal District Court dismissed the case (Case 2:15-cv-01008-JWS) without prejudice on February 8, 2016. Bike Builders then attempted to contact Kewlmetal and Gschweng, but were unable to reach them.

## THE PARTIES

3. Kewlmetal is an Arizona Corporation with its principal place of business in Phoenix, Arizona.

4. Gschweng is an individual residing in Arizona.

5. Defendant Bike Builders is a California Corporation with its principal place of business in Anaheim, California.

## JURISDICTION AND VENUE

6. This Complaint arises under the Patent Laws of the United States, 35 U.S.C. § 100 et seq., and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, based upon an actual controversy between the parties to declare that Bike Builders is free to manufacture, use, market, sell, offer to sell, and/or import its proposed Bike Builders Product made according to, Vince Costa's US Patent 9,079,631 entitled Motorcycle Fork Adapter.

7. This Court has original jurisdiction over the subject matter of these claims pursuant to 28 U.S.C. §§ 1331 and 1338(a). Further, this Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1332 as the amount in controversy exceeds $75,000, excluding interest and costs, and is between citizens of different States.

8. This Court has personal jurisdiction over Kewlmetal and Gschweng because they through their authorized agents, employees, and officers, transact business, done business and solicits business in California, within this jurisdictional district and elsewhere. On information and belief, Kewlmetal and Gschweng has substantial and continuous contacts with California, have purposefully availed itself of the privilege of doing business in California, and have through their claims of infringement affected the market for Bike Builders products in California.

9. Kewlmetal and Gschweng's threats of patent infringement affect Bike Builders' business in its products shipped to California customers and potential customers by creating uncertainty and confusion within this judicial district.

10. Venue is proper in this District under 28 U.S.C. §§ 1391 (b), (c), and 1400 (b). Venue is proper in this judicial district because the effects of the wrongful patent allegations are felt in this judicial district. Also, witnesses and evidence related to documents and design of the Bike Builders Fork Kit are located in this judicial district.

## PATENT IN SUIT

11. The '306 patent entitled "Motorcycle Rake and Trail Adjuster" indicates it was issued by the United States Patent and Trademark Office on October 21, 2008. A copy of the '306 patent is attached as Exhibit A.

12. According to the records at the United States Patent and Trademark Office, Kewlmetal is the assignee of the '306 patent.

## BACKGROUND

13. Both parties manufacture and sell a fork kit assembly to retrofit Harley-Davidson motorcycles to a custom motorcycle front end.

14. Kewlmetal claims Bike Builders' Fork Kit assembly infringes the '306 Patent. Bike Builders' disputes infringement for numerous reasons, including but not limited to, (1) the through bolt in Plaintiffs' independent claims is not included in Bike Builders' product, and (2) Bike Builders' received its own patent through the USPTO, Patent No. 9,079,631 (attached as Exhibit B) where the USPTO analyzed the '306 Patent and found that the '631 Patent was novel and nonobvious over the '306 Patent.

15. All research and development for the Bike Builders' Fork Kit was done in California.

16. Consumers are not able to purchase the Bike Builders' Fork Kit over the internet, but must call Bike Builders directly in California.

17. The Arizona patent litigation case was dismissed without prejudice on procedural grounds, leaving the patent infringement issue undecided.

18. Bike Builders does not sell the Bike Builders Fork Kit to any entities or individuals in Arizona, so personal jurisdiction was not proper in Arizona.

## COUNT I

## DECLARATORY JUDGMENT OF NONINFRINGEMENT OF THE 306 PATENT

19. Bike Builders repeats and realleges each of the allegations in paragraphs 1-13 as if fully set forth herein.

20. The Bike Builder's Bible fork kit is a retrofit kit for Harley-Davidson motorcycles to allow adaptation to a custom motorcycle front end. Gschweng asserts United States patent Mrdeza 7,438,306 issued October 21, 2008 (the '306 patent). The '306 patent has independent claims 1, 10, and 11.

Claim 1 requires:

"...an adapter block fastener configured for passing through a steering head and connecting the lower steering head end of the lower adapter block to the upper steering head end of the upper adapter block..."

Claim 10 and 11 require:

"...a main assembly bolt configured for passing through a steering head and connecting the lower steering head end of the lower adapter block to the upper steering head end of the upper adapter block..."

21. The main assembly bolt 40 is described in the specification at column 3, line 52. The main assembly bolt is present in the Mrdeza device, but not in the Bike Builders' fork kit. Kewlmetal and Gschweng nevertheless maintains that there is infringement whereas Bike Builders' denies infringement. The controversy still persists, and potential customers in this judicial district are confused due to the lack of a ruling on the patent claims.

## PRAYER FOR RELIEF

WHEREFORE, Bike Builders respectfully requests the Court enter judgment as follows:

A. Declaring that the claims of the '306 patent have not been infringed by Bike Builders' Motorcycle Fork Adapter made according to the '631 patent;

B. Declaring that the manufacture, marketing, use, offer for sale, sale and/or

1 importation of Bike Builders' Motorcycle Fork Adapter made according to the '631 patent have not infringed, do not infringe, and would not, if marketed, infringe or induce or contribute to the infringement by others of any claims of the '306 patent as long as they lack the through bolt; and

     C. Awarding Bike Builders such other relief that the Court deems just and proper under the circumstances.

Respectfully submitted,

Dated: June 16, 2016     By: _____
CLEMENT CHENG
Attorney for Plaintiffs (CA Bar #198359)
NEWHOPE LAW, PC
CLEMENT CHENG (CA Bar #198359)
4522 Katella Ave, Suite 200
Los Alamitos, CA 90720
(714) 825-0555