# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF(S)<br><br>v.<br><br>DEFENDANT(S). | CASE NUMBER<br><br><br>**SUMMONS** |

TO:    THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney _____ , whose address is:




an answer to the ☐ complaint  ☐_____amended compliant  ☐ counterclaim  ☐ cross-claim which is herewith served upon you within \_\_\_\_\_ days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.


Clerk, U.S. District Court

Dated: _____      By: _____
                                                                                        Deputy Clerk

*(Seal of the Court)*